

## REIZENSTEIN & ASSOCIATES PA

2828 CORAL WAY
SUITE 540
MIAMI, FL 33145
PHONE: 305-444-0755
FAX: 305-444-9277
PHIL@REIZENSTEINLAW.COM
SERVICE@REIZENSTEINLAW.COM

---

PHILIP L. REIZENSTEIN, ESQ.

July 29, 2025

VIA ECF

Honorable Karen M. Williams,
U.S.D.J. United States District Court District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets Camden, NJ

RE: United States of America v. Eric Rivera
Criminal No.: 24-267 (KMW)

Dear Judge Williams:

    You have reset this matter for August 11, 2025 for report by Mr. Rivera to obtain new counsel after granting my motion to withdraw. Your order required me to act as counsel and assist Mr. Rivera until he obtains new counsel.

    The Court initially gave Mr. Rivera until July 22, 2025 to obtain new counsel. The Court scheduled a hearing for that date for the purposes of setting a trial date. At Mr. Rivera's request I then filed a Motion for an extension of time to obtain counsel. The Court's text Order of July 23, 2025 has rescheduled that matter

for August 11, 2025 at 11:00 a.m. and requires Mr. Rivera to appear and to obtain counsel by then.

     I would like to either be excused from the August 11, 2025 hearing or to be allowed to appear via telephone from Miami, Florida. I have provided Mr. Rivera via email of the order requiring his appearance on August 11, 2025 and have received confirmation of him that he has received the order. I will continue to monitor the docket and provide Mr. Rivera with any new orders until he obtains new counsel.

                         Respectfully Submitted,

                         S/ *Philip L. Reizenstein*
                         Florida Bar #634026